IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VLADIMIR GOLDSHTEYN, individually and on behalf of all others similarly situated, | ) ) ) | 1:10-cv-5402 |
| Plaintiff, | ) ) | Judge Der-Yeghiayan |
| v. | ) ) | Magistrate Judge Nolan |
| ARGONNE CREDIT UNION, | ) | CLASS ACTION |
| Defendant. | ) | JURY DEMANDED |

## NOTICE OF MOTION

To:
    ECF Counsel of Record.

You are hereby notified that plaintiff has filed **Plaintiff's Motion for Leave to File Revised Motion for Class Certification** and will appear on **October 26, 2010 at 9:00 am** in front of **Judge Der-Yeghiayan** in **Courtroom 1903** of the Everett McKinley Dirksen Building, United States Courthouse 219 South Dearborn Street, Chicago, IL 60604 to present such to the Court.

                                                                                         /s/Alexander H. Burke

Alexander H. Burke

## BURKE LAW OFFICES, LLC

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

## CERTIFICATE OF SERVICE

    I, Alexander H. Burke, hereby certify that this Motion and Notice of Motion were served upon counsel of record through the ECF system for the Northern District of Illinois.

                                                                                         /s/Alexander H. Burke