**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VLADIMIR GOLDSHTEYN, individually and on behalf of all others similarly situated, | ) ) | 1:10-cv-5402 |
| Plaintiff, | ) ) | |
| | ) | Judge Nolan |
| v. | ) | (by consent) |
| | ) | |
| ARGONNE CREDIT UNION, | ) | CLASS ACTION |
| Defendant. | ) | JURY DEMANDED |

**STATUS REPORT**

The parties report that they have reached a class-wide settlement of this case. The terms are very similar to those that were recommended by the Court at the arms-length mediation on April 21, 2011. The settlement terms, generally, call for a $150,000 class fund with reverter, publication and posting notice, and a $50,000 cap for attorney's fees.

Plaintiff completed a first draft of a settlement agreement, and sent it to defense counsel on July 13, 2011, and defendant is in the process of reviewing such. The parties request 45 days to submit their joint motion for preliminary approval of the class settlement.

/s/Alexander H. Burke
Attorney for Plaintiff

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com